IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHELE A. HIGGINS and<br>TERRENCE S. HIGGINS, | §<br>§<br>§ | No. 394, 2016 |
| Defendants-Below,<br>Appellants, | §<br>§<br>§ | Court Below – Court of Chancery |
| v. | §<br>§ | of the State of Delaware |
| THE COUNCIL OF THE POINTE<br>AT BETHANY BAY<br>CONDOMINIUMS, | §<br>§<br>§<br>§ | C.A. No. 7543 |
| Plaintiff-Below,<br>Appellee. | §<br>§<br>§ | |

Submitted:  May 3, 2017
Decided:    May 17, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 17th day of May 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the July 5, 2016 Order of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its July 1, 2016 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice